**FILED**

DEC 2 0 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 07 CR 0856 |
| ) | |
| v. ) | Sidney I. Schenkier |
| ) | United States Magistrate Judge |
| BRIAN BERG ) | |
| ) | **UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the Arrest Warrant can be executed could alert the defendant and other subjects and compromise an ongoing investigation. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until January 4, 2008, or until the execution of the Arrest Warrant, whichever comes first. The government requests, however, that law enforcement officials be allowed to enter the warrant into appropriate law enforcement databases.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
STEVEN A. BLOCK
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 886-7647