UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>)<br>BRIAN BERG   )<br>) | No. 07 CR 0856<br><br>Sidney I. Schenkier<br>United States Magistrate Judge<br><br>**UNDER SEAL** |

## ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter, all dated December 20, 2007, are hereby SEALED until and including January 4, 2008, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

Dated: December 20, 2007