UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 856 |
| v. | ) | 07 GJ 1176 |
| | ) | |
| BRIAN BERG | ) | Chief Judge James F. Holderman |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING

Please take notice that on January 3, 2008, the UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, filed the attached **GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT OR TO FILE AN INFORMATION**, a copy of which is hereby served upon you.

                                Respectfully submitted,

                                PATRICK J. FITZGERALD
                                United States Attorney

            By:    /s Steven A. Block
                  Steven A. Block
                  Assistant United States Attorney
                  United States Attorney's Office
                  219 South Dearborn Street
                  Chicago, Illinois  60604
                  (312) 866-7647

Dated: January 3, 2008