# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 856 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Brian Berg | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/21/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Ellen Domph as counsel for the defendant for the initial appearance only. Enter order appointing Ellen Domph as counsel for defendant. By agreement, the defendant is released on a $200,000.00 secured bond. The defendant is to be processes by the U.S. Marshal by 12/28/07.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|