# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

BRIAN BERG

**WARRANT FOR ARREST**

**CASE NUMBER:** 07CR 0856

*UNDER SEAL*

*07 CR 0856*

*MAGISTRATE JUDGE SCHENKIER*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BRIAN BERG__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment ___Information __X__Complaint ___Order of court ___Violation Notice ___Probation Violation Petition

charging him or her with  (brief description of offense)

attempting to use a facility of interstate and foreign commerce, namely an America Online chat room, to knowingly persuade, induce, entice and coerce an individual under the age of 17 years to engage in sexual activity for which he could be charged with a criminal offense; and knowingly receiving and possessing child pornography that had been transported in interstate commerce

in violation of Title 18 United States Code, Sections 2422(b) and 2252A.

SIDNEY I. SCHENKIER
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

December 20, 2007 at Chicago, IL
Date and Location

**FILED**
JAN 02 2008
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bail fixed at $ _____  by _____
                                  Name of Judicial Officer

(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 12312 S OAK PARK AVE  PALOS HGTS, IL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/20/07 | L.S. MAXWELL  POSTAL INSPECTOR | [signature] |
| DATE OF ARREST |  |  |
| 12/20/07 |  |  |