# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 856 | **DATE** | 1/4/2008 |
| **CASE TITLE** | | USA vs. Brian Berg | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to return indictment or to file an information (Doc. No. 5) pursuant to 18 U.S.C. 3161(h)(8)(A) and (B) to and including 3/20/08, is granted. Enter Order.

■ [ For further details see text below.]   Notices mailed by Judicial staff.

**STATEMENT**

Courtroom Deputy Initials: GL