# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 856 - 1 | **DATE** | 2/6/2008 |
| **CASE TITLE** | United States of America vs. Brian Berg | | |

**DOCKET ENTRY TEXT**

Status hearing held. The defendant waives preliminary examination. The Court enters a finding of probable cause; the defendant is ordered bound to the U.S. District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | mm |
|---|---|---|