UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States
v.
Brian Berg

Case 07 CR 0856

FILED
2-6-2008
FEB 0 6 2008 CAM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Brian Berg

| SIGNATURE | *[signature]* |
|---|---|
| FIRM | Ettinger, Besbekos + Schroeder |
| STREET ADDRESS | 12413 S. Harlem, Suite 203 |
| CITY/STATE/ZIP | Palos Heights, IL 60453 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0757268 | TELEPHONE NUMBER 708-598-1111 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ | |