

**FILED**
J.N 3-19-08
MAR 1 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE SCHENKIER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Felony CAT
JUDGE BUCKLO

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  **YES**
If the answer is "Yes", list the case number and title of the earliest filed complaint:
**07 CR 856**  US v. Brian Berg  Schenkier

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?  **NO**
If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?  **NO**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?  **NO**
If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  **NO**

6) What level of offense is this indictment or information?  **FELONY**

7) Does this indictment or information involve eight or more defendants?  **NO**

8) Does this indictment or information include a conspiracy count?  **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
**Other Federal Statutes (III)**

10) List the statute of each of the offenses charged in the indictment or information.
**18 USC 2422(b); 18 U.S.C. 2252A(a)(2); and 18 USC 2252A(a)(5)**

Steven A. Block
Assistant United States Attorney