UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 856 |
| v. | ) | |
| | ) | Hon. Elaine E. Bucklo |
| BRIAN BERG | ) | |

## NOTICE OF MOTION

To: Counsel of Record

    PLEASE TAKE NOTICE that on April 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Elaine E. Bucklo in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:

**GOVERNMENT'S AGREED MOTION FOR PROTECTIVE ORDER**

in the above-captioned case, at which time and place you may appear if you see fit.

                                                   Respectfully submitted,

                                                   PATRICK J. FITZGERALD
                                                   United States Attorney

By:    s/ Steven A. Block
        STEVEN A. BLOCK
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-7647

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF MOTION**

was served on March 31, 2008, in accordance with Fed. R. Crim. P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ Steven A. Block
STEVEN A. BLOCK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-7647
