UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:07−cr−00856
                                            Honorable Elaine E. Bucklo

Brian Berg
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo:Government's agreed motion for protective order [21] is granted as to Brian Berg (1). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.