**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                               Case No.: 1:07–cr–00856
                                                           Honorable Elaine E. Bucklo

Brian Berg

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo as to defendant Brian Berg:Status hearing held on 5/16/2008. Status hearing continued to 7/1/2008 at 10:00 AM. Time from this day through next status is excluded for trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.