UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                            Case No.: 1:07−cr−00856
                                            Honorable Elaine E. Bucklo

Brian Berg

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:As to Brian Berg, status hearing held on 7/1/2008. One−week Jury Trial set for 10/20/2008 at 09:30 AM. Pretrial Conference set for 10/14/2008 at 04:00 PM. Parties have until 10/10/08 to submit their jury instructions, voir dire, witness list and a joint statement of the case. Time from this day through trial date is excluded for trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.