# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

BRIAN BERG                                               07 CR 856

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

BRIAN BERG

| | |
|---|---|
| NAME (Type or print) <br> CHERYL SCHROEDER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Cheryl A. Schroeder | |
| FIRM    Ettinger, Besbekos & Schroeder | |
| STREET ADDRESS  12413 S. Harlem Ave., Suite 203 | |
| CITY/STATE/ZIP  Palos Heights, Illinois 60463 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6202312 | TELEPHONE NUMBER  708-923-0368 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL  X                              APPOINTED COUNSEL | |